OPINION — AG — THE DISPOSITION OF ANY SURPLUS PROPERTY WHICH PERTAINS "PARTLY TO THE NEW DUTIES OF BOTH THE STATE INSURANCE COMMISSIONER AND THE STATE BOARD FOR PROPERTY AND CASUALTY RATES" SHOULD BE ACCOMPLISHED BY BOTH AGENCIES IN ACCORDANCE WITH THE PROVISIONS OF 74 O.S. 1961 85.4 [74-85.4] AND 74 O.S. 1961 85.9 [74-85.9], AND THE PROCEEDS OF THE SALE, IF ANY, EQUITABLY DISTRIBUTED TO THE AGENCIES INVOLVED. (W. J. MONROE)